No. 3739.—B. M. Nuzum *v.* Elijah Gore.

A reconventional demand for damages for the wrongful suing out of a sequestration, can not be set up by the defendant where the parties reside in the same parish. Nor does the law authorize the imposition of such damages in any case on the setting aside of a sequestration.

APPEAL from the Seventh Judicial District Court, parish of West Feliciana. *Miller, J. Collins & Leake,* for plaintiff and appellant. *Samuel J. Powell,* for defendant and appellee.

Howe, J.    A sequestration was issued in this case to enforce a vendor's privilege, claimed by the plaintiff on sundry cypress logs. The defendant filed an exception that the suit was premature, the amount agreed to be paid not being due.

A mass of testimony was taken on this question, and it seems to have been very carefully considered by the district judge. He saw

·and heard the witnesses, and after an elaborate discussion of the facts he arrived at the conclusion that under the agreement of the parties the debt claimed by plaintiff was not yet due, and he therefore sus- ·tained the exception and dismissed the suit, with one hundred dollars ·damages.

We do not feel authorized to disturb this finding of the judge upon the question of prematurity, but we think there was error in giving ,judgment for damages. The parties reside in the same parish, and such a claim can not be set up in reconvention. Nor is there any stat- ·ute authorizing such an imposition of damages, as in the dissolution of ·an injunction. Knox v. Thompson, 12 An. 116; Morgan v. Driggs, 17 La. 176.

Let the judgment ·be amended by striking therefrom the amount ·awarded as damages, and as thus amended let it be affirmed.